IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MOREHEI PIERCE,

    *Plaintiff,*

vs.

    Case No. 23-4059-EFM-ADM

KRIS KOBACH, et al.,

    *Defendant.*

**MEMORANDUM AND ORDER**

This matter is before the Court on Magistrate Judge Angel D. Mitchell's Report and Recommendation (Doc. 8) filed on August 7, 2023. Judge Mitchell recommends dismissing each of pro se Plaintiff Morehei Pierce's claims against Defendants Kris Kobach, Tim Easley, and Jeff Zmuda because Plaintiff has not alleged any facts tying Defendants to his claims. In response, Plaintiff filed a brief Objection which did not address Judge Mitchell's findings except to claim that he has a "litany of evidence" and that Defendants must have had knowledge of his Complaint because he filed a grievance.

The Court has reviewed the Report and Recommendations and finds itself in complete agreement with the Judge Mitchell's conclusions. Plaintiff's Objection confuses knowledge of a grievance with allegations tying a defendant to the facts underlying a claim. Because Plaintiff fails

to make any pertinent objection to Judge Mitchell's Report and Recommendation, the Court adopts the same in full.

**IT IS THEREFORE ORDERED** that the case is dismissed for failure to state a claim upon which relief may be granted, pursuant to the Report and Recommendation (Doc. 8), which the Court adopts as its own Memorandum and Order.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2023.

This case is closed.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE